**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-10342 |
| Plaintiff - Appellee, | D.C. No. CR-06-00487-SMM |
| v. | |
| JOSE GONZALO GUEVARA-SORTO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Stephen M. McNamee, District Judge, Presiding

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

   Jose Gonzalo Guevara-Sorto appeals from his jury-trial conviction and 96-

month sentence for illegal reentry after deportation, in violation of 8 U.S.C.

---

   [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1326(a).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Guevara-Sorto's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The appellant has submitted a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

The appellant's motion to file the late supplemental brief is **GRANTED**. Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

07-10342